1  STEVEN G. KALAR
2  Federal Public Defender
   GALIA AMRAM (CABN 250551)
3  Assistant Federal Public Defender
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
6  Facsimile:  (415) 436-7706
   Galia_Amram@fd.org
7
   Counsel for Defendant PAUL FUENTES
8

**FILED**

FEB 17 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10          IN THE UNITED STATES DISTRICT COURT
11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12          SAN FRANCISCO DIVISION

13  | UNITED STATES OF AMERICA, | No. 15-CR-470 |
    |---|---|
14  | Plaintiff, | STIPULATION AND [PROPOSED] MODIFYING CONDITIONS OF PRETRIAL |
15  | v. | RELEASE |
16  | PAUL FUENTES, | |
17  | Defendant. | |

18  **I.  STIPULATION**
19
       The parties stipulate to the following modification of Mr. Fuentes's conditions of release:
20
    Mr. Fuentes is permitted access to the basement of his mother's home to do laundry, and side
21
    yard to care for the family's dog.
22
       The parties respectfully inform the Court that Mr. Fuentes's pre-trial services officer has
23
    been informed of, and does not object to, this modification, as long as all other condition of his
24
    release remain same..
25
    \\
26
27
    \\
28
    _UNITED STATES V. FUENTES_, 15CR470
    STIPULATION AND [PROPOSED] ORDER          1

1                                      Respectfully submitted,

2

3     Dated:  February 12, 2016      */s/ Galia Amram*

4                                      Assistant Federal Public Defender

5

6     Dated:  February 12, 2016      */s/ Philip Kopczynski*

7                                      Assistant United States Attorney

8

9   **II.**     **[PROPOSED] ORDER**

10

11     Mr. Fuentes is permitted access to the basement of his mother's home to do laundry, and

12 side yard to care for the family's dog.  All other conditions of release remain the same.

13

14     IT IS SO ORDERED.

15 Dated 2-17-16                             HON. MARIA-ELENA JAMES

16                                   UNITED STATES MAGISTRATE JUDGE