STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:     (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant PAUL FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-470-~~JSC~~ VC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE |
| v. | |
| PAUL FUENTES, | |
| Defendant. | |

## I.    STIPULATION

Due to the fact that government counsel was on paternity leave, government counsel has not yet turned over any *Henthorn* materials to the defense for the upcoming evidentiary hearing on the motion to suppress. Per General Order 69, the defense's motion *in limine* to admit *Henthorn* materials is due tomorrow. The parties therefore stipulate to the following modification of the briefing schedule in General Order 69.  The defendant's motion *in limine* to admit officer personnel records is due on June 1, 2016 and the government's opposition will be due on June 6, 2016.  There will be no reply.

Respectfully submitted,

Dated: May 24, 2016        /s/ Galia Amram
                           _____
                           Assistant Federal Public Defender

Dated: May 24, 2016        /s/ Philip Kopczynski
                           _____
                           Assistant United States Attorney

## II.    [PROPOSED] ORDER

The defendant's motion *in limine* to admit officer personnel records shall be due on June 1, 2016 and the government's opposition shall be due on June 6, 2016.  There will be no reply.

IT IS SO ORDERED.

Dated  May 26, 2016                     _____
                                        HON. VINCE CHHABRIA
                                        UNITED STATES DISTRICT JUDGE